**NOTICE OF APPEARANCE**                                   CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

FILED

JUL 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
           vs.              )   Criminal No. 08-425 M-1
                            )
                            )
                            )
   HOWARD GAINES             )
_____
         (DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
            (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Solomon L. Wisenberg  464867
(Attorney & Bar ID Number)

WISENBERG + WISENBERG PLLC
(Firm Name)

1711 N Street NW
(Street Address)

Washington        DC        20036
(City)           (State)    (Zip)

202-261-3649
(Telephone Number)