Rev. 1/07

**FILED**
AUG 11 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

FILED by _____ D.C.
AUG - 7 2008
STEVEN M. LARIMORE
CLERK U.S DIST. CT.
S.D of FLA - FT LAUD.

Date: 08/08/08

Address of Other Court: USDC Southern District of FL
299 East Broward Blvd
Fort Lauderdale, FL 33332

RE: CR 08-425-M-01

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

- [✓] Docket Sheet
- [✓] Complaint
- [ ] Minute Order Appointing Counsel
- [ ] Corporate Surety Bond
- [ ] Personal Surety Bond
- [✓] Other: Blotters Filed on: 07/07/08 & 7/23/08

- [✓] Warrant of Removal
- [✓] Order of Removal
- [ ] Detention Order
- [✓] Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: __Anjie Sewsankar__
Deputy Clerk